**Opinion filed August 11, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00207-CV

_____

### BERNARDO RUIZ, Appellant

### V.

### ADRIANA RUIZ, Appellee

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. C50204**

### M E M O R A N D U M   O P I N I O N

Appellant, Bernardo Ruiz, filed a notice of appeal from a final decree of divorce. We dismiss the appeal for want of jurisdiction.

Our records reflect that the trial court signed the final decree of divorce on May 24, 2022. Appellant filed his motion for new trial on June 27, 2022, thirty-four days after the date that the trial court signed the divorce decree. The motion for new trial was therefore late. *See* TEX. R. CIV. P. 329b(a). Absent a timely filed motion for new trial, the notice of appeal was due to be filed on June 23, 2022, thirty days

after the judgment was signed or, at the very latest, July 8, 2022, with a fifteen-day extension as permitted by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 26.1, 26.3. Because Appellant did not file a notice of appeal until July 20, 2022, the notice of appeal was untimely. Absent a timely notice of appeal, this court is without jurisdiction to consider this appeal. *See Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 564 (Tex. 2005); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233 (Tex. App.—Houston [1st Dist.] 2007, no pet.); *see also Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Upon docketing this appeal, the clerk of this court wrote the parties and informed them that the motion for new trial and the notice of appeal appear to have been untimely filed. We requested that Appellant respond on or before July 31, 2022, and show grounds to continue the appeal. *See* TEX. R. APP. P. 42.3. Appellant has not filed a response.

We dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

August 11, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.